**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:15-cv-969 – RBJ-NYW

KAREN MACK,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation.

Defendant.

**ORDER GRANTING JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court on the Parties' Joint Stipulation For Dismissal With Prejudice [ECF No. 24], and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal With Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 25th day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
U.S. District Court Judge